## L. H. Jonas, Appellant, v. Estate of Sylvester C. Garrison, Deceased, Appellee.

Term No. 47,011.

opinion filed January 26, 1948; released for publication February 26, 1948. Wham & Wham, for appellant; Orville L. Wollard, for appellee. Opinion by JUSTICE SMITH. Not to be published in full.